[No. 27257-8-I.   Division One.   April 12, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL JAY HOUSTON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04409-9, Arthur E. Piehler, J., entered November 20, 1990. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, C.J., and Baker, J.

[No. 14100-1-II.   Division Two.   April 13, 1993.]

GARY R. PRISK, *Appellant*, v. THE CITY OF POULSBO, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 83-2-00292-5, Leonard W. Kruse, J., entered June 22, 1990. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Morgan, J.

[No. 14587-1-II.   Division Two.   April 13, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LEE O'DELL MCCANE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-1-02108-2, Nile E. Aubrey, J., entered January 9, 1991. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Alexander, C.J., and Morgan, J.